UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **BRENDA STEWART**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:13-CV-00391 RWS |
| **UNITED COLLECTION BUREAU, INC** | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brenda Stewart, and Defendant United Collection Bureau, Inc., jointly stipulate to the dismissal of all claims against Defendant with prejudice, each party to bear her/its own costs.

Dated: September 16, 2013.

RESPECTFULLY SUBMITTED,

s/ James W. Eason
_____
JAMES W. EASON, #MO57112
The Eason Law Firm, LLC
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066

s/ Patrick A. Bousquet
_____
PATRICK BOUSQUET
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri 63101
Phone: (314) 421-3400