

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

BRENDA STEWART, )
)
   Plaintiff, )
)
v. ) Case No. 4:13-CV-00391 RWS
)
UNITED COLLECTION BUREAU, INC )
) *So Ordered*
   Defendant. )

*[Judge's signature]*
*RWSyppel USDJ*
*9/18/13*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brenda Stewart, and Defendant United Collection Bureau, Inc., jointly stipulate to the dismissal of all claims against Defendant with prejudice, each party to bear her/its own costs.

Dated: September 16, 2013.

                                 RESPECTFULLY SUBMITTED,

                                 s/ James W. Eason
                                 _____
                                 JAMES W. EASON, #MO57112
                                 The Eason Law Firm, LLC
                                 124 Gay Avenue, Suite 200
                                 Clayton, Missouri 63105
                                 Phone: (314) 932-1066

                                 s/ Patrick A. Bousquet
                                 _____
                                 PATRICK BOUSQUET
                                 Brown & James, P.C.
                                 800 Market Street, Suite 1100
                                 St. Louis, Missouri 63101
                                 Phone: (314) 421-3400